ELECTRICAL EQUIPMENT AND INSPECTING COMPANY, Appellant, *v.* NEW YORK EDISON COMPANY, Respondent.

Appeal from an order entered in the office of the clerk of the county of New York on the 4th day of February, 1908, denying the plaintiff's motion to be relieved from a certain stipulation.

PER CURIAM: The order should be reversed, with ten dollars costs and disbursements, and the case ordered upon the first calendar of the Trial Term after service of a copy of the order to be entered upon this appeal. Present — Ingraham, Laughlin, Clarke, Houghton and Scott, JJ. Order reversed, with ten dollars costs and disbursements, and case ordered on calendar as stated in opinion. Settle order on notice.

———

FIDELITY DEVELOPMENT COMPANY, Respondent, *v.* NEW YORK AND PORT CHESTER RAILROAD COMPANY, Appellant.

Appeal from an order entered in the office of the clerk of the county of New York on the 13th day of January, 1908, denying a motion for a stay of proceedings.

PER CURIAM: The order appealed from should be reversed, with ten dollars costs and disbursements, and the proceedings in the action stayed until thirty days after the entry of judgment on the referee's report in the action of *Robinson* v. *New York, Westchester & Boston R. Co.* (123 App. Div. 339), with leave to defendant to then make such further motion as it shall be advised, and with leave to plaintiff to move to vacate the stay if the trial of the above-mentioned action, or the entry of judgment therein, be unreasonably delayed, without costs to either party in this court. Present — Ingraham, Laughlin, Clarke, Houghton and Scott, JJ. Order reversed, with ten dollars costs and disbursements, and proceedings stayed as stated in opinion. Settle order on notice.